# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Maria-Elena Hermanson, | Case No.: 2:14-cv-02153-JAD-NJK |
| Plaintiff, | |
| vs. | **Order Rejecting Stipulation to File Surreply** |
| Clark County Education Association et al., | |
| Defendants. | |

The parties have stipulated to allow plaintiff to file a surreply to respond to new arguments raised in defendant's reply in support of its motion to dismiss or for a more definite statement. Doc. 23. There are three problems with this stipulation: (1) this court is not inclined to consider arguments raised for the first time in a reply brief;[1] (2) the rules of this court do not authorize surreplies; and (3) the parties have not demonstrated good cause for the court to ignore either of these principles here. Accordingly, the parties' stipulation **(Doc. 23) is rejected**. No surreply shall be filed.

DATED February 17, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *See Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief.").