PATRICK N. CHAPIN, ESQ.
Nevada Bar No. 004946
Patrick N. Chapin, Ltd.
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA-ELENA HERMANSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY EDUCATION ASSOCIATION, a non-profit corporation; DOES 1 through 5; and ROE ENTITIES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:14-CV-02153-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**COMES NOW**, the parties, and each of them, by and through their attorneys of record, and hereby stipulate to dismiss all claims in the above-entitled matter, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear her or its own attorney's fees and costs.

A Scheduling Order was filed on March 3, 2015. No trial date has been set.

DATED:___6/3/15___           DATED:___6/3/15___

PATRICK N. CHAPIN, LTD.           HUTCHISON & STEFFEN, LLC

/s/ Patrick N. Chapin            /s/ Todd W. Prall

PATRICK N. CHAPIN, ESQ.          John T. Steffen, Esq.
129 Cassia Way                   Todd W. Prall, Esq.
Henderson, Nevada 89014          10080 West Alta Drive, Suite 200
Attorney for Defendant           Las Vegas, NV 89145
CLARK COUNTY EDUCATION           Attorneys for Plaintiff
ASSOCIATION                      MARIA-ELENA HERMANSON

1

Pursuant to the stipulation of the parties hereto, by and through their respective counsel of record, it is hereby **ORDERED, ADJUDGED AND DECREED** that the above-entitled action be dismissed with prejudice, each of the parties to pay their own attorney's fees and costs.

The Clerk of Court is instructed to close this case.  **SO ORDERED.**

Dated:  June 3, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

PATRICK N. CHAPIN, LTD.

/s/ Patrick N. Chapin
_____
PATRICK N. CHAPIN, ESQ.
Nevada Bar No. 004946
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295
Attorney for Defendant

Case No. 2:14-CV-02153

**PATRICK N. CHAPIN, LTD.**
129 Cassia Way, Henderson, NV 89014
Telephone: (702) 433-7295   Facsimile: (702) 403-1919